# JUNE TERM, 1879.

BRIDGET CONNORTON v. WILLIAM MILLER ET AL.

*Costs—Refusal to dismiss appeal.*

Non-payment of costs imposed on refusing to dismiss an appeal is
no ground for another motion to dismiss if the refusal was not
conditioned on payment.

Costs are presumed to be secured by the appeal bond.

MOTION to dismiss appeal. Submitted and denied June
3. A motion to dismiss the appeal made at a former
term was denied, but costs were given to the moving
party. A motion is now made to dismiss on account of
non-payment of the costs then granted. It was shown
in answer that the full costs have been tendered with
$5 additional, but the moving party claims that he is
entitled to more for his trouble in the matter.

*B. T. Prentis* for the motion.

*H. C. Wisner* against.

PER CURIAM. We did not make the payment of costs
a condition of retaining the appeal, and their non-pay-
ment ·is no ground for a new motion. It is presumable
that the appeal bond will fully provide for such liability.
We think also that the party had no ground for refusing
the tender made.

This motion will be denied without costs to either
party.